IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RICARDO ORDONEZ GREGORIO,
GILBERTO GARCIA ORDONEZ,
ANDRES ORDONEZ JIMENEZ,
GABRIEL GREGORIO HERNANDEZ,
JULIO CARDONA ORDONEZ, JOAQUIN
ORDONEZ CARDONA, ALFREDO
ORDONEZ CARDONA, ALICIA HERNANDEZ
GREGORIO, ELMER ESCALANTE GREGORIO,
ROGELIO ORDONEZ ANDRES, ISMAEL
ORDONEZ ANDRES, GABRIEL GARCIA
ORDONEZ, ANDRES SANTOS VELASQUEZ,
CELESTINO HERNANDEZ CARDONA,
JUAN ANDRES GOMEZ, ANDRES VELASQUEZ
FABIAN, CEFERINO LEONEL GOMEZ,

Case No. 1:21 CV 01078-CL

**ORDER**

        Plaintiffs,

v.

COLT JAMISON HANSEN, an individual
WESTCOAST GROWERS, LLC.,
TOPSHELF HEMP, LLC.,
FIRE HEMP, LLC.,

        Defendants.

_____

    Magistrate Judge Mark Clarke filed Findings and Recommendation ("F&R") (doc. 41) on May 10, 2022. The matter is now before me. *See* 28 U.S.C. § 636(b);

Fed. R. Civ. P. 72.  No objections have been timely filed.  Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination."  *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).  The Magistrates Act does not specify a standard of review in cases where no objections are filed.  *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012).  Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]"  Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule).  Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Mark Clarke's F&R (doc. 41).

Dated this 27th day of May, 2022.

/s/ Ann Aiken
Ann Aiken
United States District Judge